IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
      Plaintiff,

v.                                                Case No. 3:19-cv-67

MARIA CASEY, et. al.,

      Defendants.

NOTICE and OBJECTION

TAKE JUDICIAL COGNIZANCE
NOTICE

1.     28 U.S. Code § 453.
2.     18 U.S. Code § 242.
3.     PA Code Title 18 Sec. § 321. Court of record.
4.     U.S. Attorney General Barr said the federal government was moving to seek justice against the "worst criminals" and bring relief to victims.
5.     Failure to obey an oath of office is treason, a worst crime.
6.     Human sex trafficking is a worst ctime.
7.     Child sex trafficking is a worst crime.
8.     Satanic pedophilia is a worst crime.

      I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 21, pursuant to 18 U.S. Code § 242 by Malachy E. Mannion, an Obama appointee, for he exceeded his jurisdiction, injures the Plaintiff in loss of rights, and commits treason under civil and military law by failing to obey the law and his oath of office.

Date: July 25, 2019.

                                        Respectfully submitted,

                                        */s/ Edward Thomas Kennedy*   (seal)

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

Plaintiff is self-represented.

## CERTIFICATE OF SERVICE

I certify that on July 25, 2019 that I filed a copy of the above Notice and Objection to the M.D. Pa. by ECF.

/s/ *Edward Thomas Kennedy*   (seal)

_____
Edward Thomas Kennedy

Date: July 25, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

v.                                          Case No. 3:19-cv-67

MARIA CASEY, et. al.,

    Defendants.

NOTICE and OBJECTION

TAKE JUDICIAL COGNIZANCE
NOTICE

1.     28 U.S. Code § 453.
2.     18 U.S. Code § 242.
3.     PA Code Title 18 Sec. § 321.  Court of record.
4.     U.S. Attorney General Barr said the federal government was moving to seek justice against the "worst criminals" and bring relief to victims.
5.     Failure to obey an oath of office is treason, a worst crime.
6.     Human sex trafficking is a worst ctime.
7.     Child sex trafficking is a worst crime.
8.     Satanic pedophilia is a worst crime.

    I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 22, pursuant to 18 U.S. Code § 242 by Malachy E. Mannion, an Obama appointee, for he exceeded his jurisdiction, injures the Plaintiff in loss of rights, and commits treason under civil and military law by failing to obey the law and his oath of office.

Date: July 25, 2019.

                                          Respectfully submitted,

                                          */s/ Edward Thomas Kennedy   (seal)*

1

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

Plaintiff is self-represented.

CERTIFICATE OF SERVICE

I certify that on July 25, 2019 that I filed a copy of the above Notice and Objection to the M.D. Pa. by ECF.

/s/ *Edward Thomas Kennedy*   (seal)

_____
Edward Thomas Kennedy

Date: July 25, 2019

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
      Plaintiff,

v.                                             Case No. 3:19-cv-67

MARIA CASEY, et. al.,

      Defendants.

NOTICE and OBJECTION

TAKE JUDICIAL COGNIZANCE
NOTICE

1.     28 U.S. Code § 453.
2.     18 U.S. Code § 242.
3.     PA Code Title 18 Sec. § 321. Court of record.
4.     U.S. Attorney General Barr said the federal government was moving to seek justice against the "worst criminals" and bring relief to victims.
5.     Failure to obey an oath of office is treason, a worst crime.
6.     Human sex trafficking is a worst ctime.
7.     Child sex trafficking is a worst crime.
8.     Satanic pedophilia is a worst crime.

    I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 23, pursuant to 18 U.S. Code § 242 by Malachy E. Mannion, an Obama appointee, for he exceeded his jurisdiction, injures the Plaintiff in loss of rights, and commits treason under civil and military law by failing to obey the law and his oath of office.

Date: July 25, 2019.

                                              Respectfully submitted,

                                              */s/ Edward Thomas Kennedy*   (seal)

1

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

Plaintiff is self-represented.

## CERTIFICATE OF SERVICE

I certify that on July 25, 2019 that I filed a copy of the above Notice and Objection to the M.D. Pa. by ECF.

/s/ *Edward Thomas Kennedy*    (seal)

_____
Edward Thomas Kennedy

Date: July 25, 2019

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
      Plaintiff,

v.                                                               Case No. 3:19-cv-67

MARIA CASEY, et. al.,

      Defendants.

### NOTICE and OBJECTION

TAKE JUDICIAL COGNIZANCE
NOTICE

1.     28 U.S. Code § 453.
2.     18 U.S. Code § 242.
3.     PA Code Title 18 Sec. § 321. Court of record.
4.     U.S. Attorney General Barr said the federal government was moving to seek justice against the "worst criminals" and bring relief to victims.
5.     Failure to obey an oath of office is treason, a worst crime.
6.     Human sex trafficking is a worst ctime.
7.     Child sex trafficking is a worst crime.
8.     Satanic pedophilia is a worst crime.

      I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 22, pursuant to 18 U.S. Code § 242 by Malachy E. Mannion, an Obama appointee, for he exceeded his jurisdiction, injures the Plaintiff in loss of rights, and commits treason under civil and military law by failing to obey the law and his oath of office.

Date: July 25, 2019.

                                      Respectfully submitted,

                                      */s/ Edward Thomas Kennedy*   (seal)

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

Plaintiff is self-represented.

## CERTIFICATE OF SERVICE

I certify that on July 25, 2019 that I filed a copy of the above Notice and Objection to the M.D. Pa. by ECF.

/s/ *Edward Thomas Kennedy*  (seal)

_____
Edward Thomas Kennedy

Date: July 25, 2019

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
        Plaintiff,

        v.                                                               Case No. 3:19-cv-67

MARIA CASEY, et. al.,

        Defendants.

## NOTICE and OBJECTION

TAKE JUDICIAL COGNIZANCE
NOTICE

1.      28 U.S. Code § 453.
2.      18 U.S. Code § 242.
3.      PA Code Title 18 Sec. § 321. Court of record.
4.      U.S. Attorney General Barr said the federal government was moving to seek justice against the "worst criminals" and bring relief to victims.
5.      Failure to obey an oath of office is treason, a worst crime.
6.      Human sex trafficking is a worst ctime.
7.      Child sex trafficking is a worst crime.
8.      Satanic pedophilia is a worst crime.

I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 21, pursuant to 18 U.S. Code § 242 by Malachy E. Mannion, an Obama appointee, for he exceeded his jurisdiction, injures the Plaintiff in loss of rights, and commits treason under civil and military law by failing to obey the law and his oath of office.

Date: July 25, 2019.

                                          Respectfully submitted,

                                          */s/ Edward Thomas Kennedy*  *(seal)*

Case 3:19-cv-00007-MEM Document 30-4 Filed 07/25/19 Page 2 of 3

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

Plaintiff is self-represented.

2

## CERTIFICATE OF SERVICE

I certify that on July 25, 2019 that I filed a copy of the above Notice and Objection to the M.D. Pa. by ECF.

/s/ *Edward Thomas Kennedy*   (seal)

_____
Edward Thomas Kennedy

Date: July 25, 2019