# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-67 |
| v. | : | (JUDGE MANNION) |
| MARIA CASEY, et al. | : | |
| Defendants | : | |

## ORDER

Presently before the court are the plaintiff's "Motion to Recuse for Cause (Doc. 12) and "Motion for Recusal for Cause" (Doc. 20). In short, "the cause" is that "…Plaintiff is injured by the assigned judge in loss of rights, for the assigned judge was appointed by Barack Obama…" and further that "…Obama appointed judges are tainted." (Doc. 12-1); *see also* (Doc. 20-1) ("All non-Trump appointed, U.S. Judges have been spied upon and thus tainted by Barrack Hussein Obama . . . .").

In light of the foregoing, and with all due respect to the plaintiff, the motions (Doc. 12; Doc. 20) are **DISMISSED** as frivolous.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 10, 2019**
19-67-04