# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-67 |
| v. | : | (JUDGE MANNION) |
| MARIA CASEY, et al. | : | |
| Defendants | : | |

## ORDER

On June 27, 2019, this court issued an order directing the plaintiff Edward Thomas Kennedy ("Kennedy") to show cause as to why a pre-filing injunction should not be issued against him in the United States District Court for the Middle District of Pennsylvania. (Doc. 16). In response to this court's order to show cause, Kennedy filed several documents on July 6, 2019. *See* (Doc. 17; Doc. 18; Doc. 19). Not only do Kennedy's duplicative filings fail to provide any cause relating to the pre-filing injunction, but they also only contain random thoughts having absolutely no bearing on the issue presently before this court. *See* (Doc. 17, at 2) ("Modern Attorneys take oaths to obey the law and to tell the truth which means not to lie, misconstrue, misstate, misinform and not put fake paperwork into a court of law and not make law in this court of record."); (Doc. 18, at 2) ("We the people do not waive our sovereignty to those agencies that serve us. We the people created this court

Case: 19-2878 Document: 003113325708 Page: 2 Date Filed: 08/21/2019
Case 3:19-cv-00067-MEM Document 23 Filed 07/10/19 Page 2 of 2

- 2 -

of record agency. A judge has no discretion in a court of record. This order to show cause is grounds for the Judge to recuse for cause."); (Doc. 19, at 2) ("Plaintiff objects to US Judges membership in the Universal Charter of the Judges. Article 12 is prima facie evidence of treason under U.S. law.") (internal footnote omitted).

Therefore, in light of Kennedy's numerous frivolous filings and his failure to adequately respond to this court's order to show cause, **IT IS HEREBY ORDERED THAT:**

**(1)** The Clerk of the United States District Court for the Middle District of Pennsylvania shall not accept any further case for filing from Edward Thomas Kennedy, absent either a specific order from a judge of this court indicating that such case is not frivolous or full payment of the filing fee.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATE: July 10, 2019**
19-67-02