EDWARD THOMAS KENNEDY,

    Appellant

v.

MARIA CASEY, Schuylkill County Clerk of Courts,
in her personal capacity and official capacity;
COUNTY OF SCHUYLKILL PENNSYLVANIA