IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

EDWARD THOMAS KENNEDY,
        Plaintiff,

Case No. 19-2878

Case No. 3:19-cv-00067

v.

MARIA CASEY, et. al.,
        Defendants.

## NOTICE and OBJECTION

NOTICE

I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to the Appeal, pursuant to 18 U.S. Code § 242 because Malachy E. Mannion, a U.S. District Judge, exceeded the Court's jurisdiction, and he injured the Plaintiff in loss of rights, and it is my wish.

The Plaintiff does not Appeal this case. The Plaintiff did not Appeal this case.

Date: August 31, 2019.

Respectfully submitted,

_____ (seal)
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
pillar.of.peace.2012@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that on August 31, 2019 that I filed a copy of the above Notice and Objection to the United States Court of Appeals for the Third Circuit by regular US mail

Date: August 31, 2019

_____ (seal)
Edward Thomas Kennedy, Plaintiff

*The plaintiff is self-represented.*

David Thomas Kennedy
500 Court St., Apt. 223
Reading, PA 19601

SEP 0 3 2019

31 AUG 2019 PM 2 L

Patricia S. Dodszuweit, Clerk
United States Court of Appeals For the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

19106-173664