# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-2878

Edward Kennedy v. Maria Casey, et al

(U.S. District Court No.: 3-19-cv-00067)

**ORDER**

The Notice and Objection filed by Appellant on September 3, 2019 is construed as a Motion to Dismiss Appeal pursuant to Fed. R. App. P. 42(b). In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   September 04, 2019
MB/cc:   Edward Thomas Kennedy,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate